Amy E. Davis (*admitted pro hac vice*)
LAW CENTER OF AMY E. DAVIS, LLC
1021 N. Bishop Ave.
Dallas, TX 75208
Telephone: (214) 838-3501
adavis@cdfirm.com

Steve Calamusa (*admitted pro hac vice*)
Geoff S. Stahl (*admitted pro hac vice*)
Rachel Bentley (*admitted pro hac vice*)
Gordon & Partners, P.A.
4114 Northlake Blvd.
Palm Beach Gardens, FL 33410
Telephone: 561-799-5070
SCalamusa@fortheinjured.com
GStahl@fortheinjured.com
RBentley@fortheinjured.com

DAVID E. ROSEN (SBN 155385)
Email: drosen@murphyrosen.com
MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone:  (310) 899-3300
Facsimile: (310) 399-7201

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ALBAHAE, et al,<br><br>Plaintiffs,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC. AND COSWAY CO., INC.,<br><br>Defendants. | CASE NO. 2:23-cv-00982-RGK-PLA<br><br>Hon. R. Gary Klausner<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO OLAPLEX HOLDINGS, INC'S MOTION TO DISMISS**<br><br>Hearing Date: June 12, 2023<br>Hearing Time: 9:00 a.m.<br>Hearing Ctrm: 850; 8th Floor<br>Discovery Cut-Off:  N/A<br>Scheduling Conference: May 22, 2023<br>Trial: N/A<br>Action Filed: February 9, 2023 |

Plaintiffs Michelle Albahae, Chelsea Aranjo, Megan Arcadi, Jessica Auriana, Juliette Ball, Chelsea Balmer, Rebecca Barnhouse, Tiffany Berry, Donna Bowen, Ashley Branning, Emma Broderick, Joanne Brown, Heather Burkett-Murphy, Holly Burkhart, Hilary Cecile, Mackenzie Cogle, Ashley Courtney, Angelina da Gama, Sarah Dahan, Hope Daley-Derry, Robin Daniels, Roxanna De la Cruz, Katherine Donnelly, Brianda Earle, Monica Easily, Jacob Eisen, Michelle Estrada, Sandra Ferguson, Amanda Fontenot, Denisha Freeman, Heather Garon, Jennifer Georgeson, Alana Green, Nicole Hoff, Monica Hollifield individually and on behalf of S. H., Lauren Hudson, Tiffany Huval, Aleha Ingle, Heather Jackson, Khila James, Kat Johnston, Jessica Jones individually and on behalf of P. J., Eunice Kahler, Tanya Karakasheva, Kathleen Keehner, Liza Krengel, Anna Kurilova, Julia Leon, Kristie Letizia, Tina Lewis, Laura Llewellyn, Stacey Lobdell, Llasmin Lozoya, Lyana Luciano, Kim Marietta, Theresa McCormack, Leslie McDonald, Lisa Mendez, Jill Mooshagian, Jennifer Morgan, Amanda Murphy, Jessica Nguyen, Leslie Orr, Heather Passmore, Sylva Pate, Sara Petty, Danielle Phelps, Erica Pilicy-Ryan, Robin Poston, Nicole Quenga, Melinda Quinn, Charity Reddish, Natalie Register, Jean Riccio, Sarah Richardson, Heather Rife, Alexa Roemer, Felicia Sanchez, Amy Shay, Farzana Siddiquei, Danielle Sigmon, Rhiannon Singer, Jodi Sobiech, Maria Sokolova, Debra Sterlacci, Miecha Isys Thomas, Vanessa Tocco, Noel Talerico, Marina Tolic, Leslie Tolstoy, Alexandra Urresti, Rebekah Valentine, Tanya Vallejo, Jerrika Vega, Christina Ventor, Robin Vogt, Terri Witts, Robin Yeager and Maureen Zavatone (collectively, "Plaintiffs") file this Motion for Leave to file a short, five page Sur-Reply in Opposition to the Rule 12(b)(6) Motion to Dismiss (the "Motion") filed by Olaplex Holdings, Inc. ("Olaplex") and respectfully state as follows:

In a Reply in Support of its Motion to Dismiss, Olaplex represented to the Court that Plaintiffs have conceded and, therefore, waived certain issues raised in the Motion to Dismiss. ECF 22. Plaintiffs, in fact, hotly dispute these issues and addressed them in its Response to the Motion to Dismiss. Plaintiffs seek leave to file the five-page Sur-Reply attached as Exhibit A for the sole purpose of addressing Olaplex's waiver argument and to address any misimpression so the record is clear.

Plaintiffs have not previously had the opportunity to brief the waiver argument nor did Plaintiffs have reason to anticipate such an argument based solely on the Motion to Dismiss.

Plaintiffs believe this briefing will be of assistance to the Court. Moreover, because of its brevity and promptness, the Sur-Reply should not delay the Court's consideration of the Motion to Dismiss.

## CONCLUSION AND PRAYER

For these reasons, Plaintiffs respectfully request the Court grant them leave to file the short, five page Sur-Reply attached as Exhibit A and for such other and further relief to which they may be entitled.

Dated: June 2, 2023

        Respectfully submitted,

        LAW CENTER OF AMY E. DAVIS, LLC

        By:    /s/ *Amy E. Davis*

        Amy E. Davis (*admitted pro hac vice*)

        1021 N. Bishop Ave.

        Dallas, TX 75208

        adavis@cdfirm.com

|   |   |
|---|---|
| 1 | GORDON & PARTNERS, P.A. |
| 2 | Steve Calamusa (*admitted pro hac vice*) |
| 3 | Geoff S. Stahl (*admitted pro hac vice*) |
| 4 | Rachel Bentley (*admitted pro hac vice*) |
| 5 | 4114 Northlake Blvd. |
| 6 | Palm Beach Gardens, FL 33410 |
| 7 | Telephone: 561-799-5070 |
| 8 | SCalamusa@fortheinjured.com |
| 9 | GStahl@fortheinjured.com |
| 10 | RBentley@fortheinjured.com |
| 11 | |
| 12 | MURPHY ROSEN LLP |
| 13 | David E. Rosen (SBN 155385) |
| 14 | Email: drosen@murphyrosen.com |
| 15 | 100 Wilshire Boulevard, Suite 1300 |
| 16 | Santa Monica, California  90401-1142 |
| 17 | Telephone:  (310) 899-3300 |
| 18 | Facsimile:  (310) 399-7201 |
| 19 | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that on the 2d day of June 2023, I served the foregoing document on all counsel of record via ECF.

By: /s/ *Amy E. Davis*_____