Amy E. Davis (*admitted pro hac vice*)
LAW CENTER OF AMY E. DAVIS, LLC
1021 N. Bishop Ave.
Dallas, TX 75208
Telephone: (214) 838-3501
adavis@cdfirm.com

Steve Calamusa (*admitted pro hac vice*)
Geoff S. Stahl (*admitted pro hac vice*)
Rachel Bentley (*admitted pro hac vice*)
Gordon & Partners, P.A.
4114 Northlake Blvd.
Palm Beach Gardens, FL 33410
Telephone: 561-799-5070
SCalamusa@fortheinjured.com
GStahl@fortheinjured.com
RBentley@fortheinjured.com

DAVID E. ROSEN (SBN 155385)
Email: drosen@murphyrosen.com
MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone:  (310) 899-3300
Facsimile: (310) 399-7201

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ALBAHAE, CHELSEA ARANJO, MEGAN ARCADI, JESSICA AURIANA, JULIETTE BALL, CHELSEA BALMER, REBECCA BARNHOUSE, TIFFANY BERRY, DONNA BOWEN, ASHLEY BRANNING, EMMA BRODERICK JOANNE BROWN, HEATHER BURKETT-MURPHY, HOLLY BURKHART, HILARY CECILE, MACKENZIE COGLE, ASHLEY COURTNEY, ANGELINA DA GAMA, SARAH DAHAN, HOPE DALEY-DERRY, ROBIN DANIELS, ROXANNA | CASE NO. 2:23-cv-00982-RGK-PLA

Hon. R. Gary Klausner

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO OLAPLEX HOLDINGS, INC.'S MOTION TO DISMISS** |

1

**DE LA CRUZ, KATHERINE**
**DONNELLY, BRIANDA EARLE,**
**MONICA EASILY, JACOB EISEN,**
**MICHELLE ESTRADA, SANDRA**
**FERGUSON, AMANDA FONTENOT,**
**DENISHA FREEMAN, HEATHER**
**GARON, JENNIFER GEORGESON,**
**ALANA GREEN, NICOLE HOFF,**
**MONICA HOLLIFIELD INDIVUALLY**
**AND ON BEHALF OF S. H., LAUREN**
**HUDSON, TIFFANY HUVAL, ALEHA**
**INGLE, HEATHER JACKSON, KHILA**
**JAMES,  KAT JOHNSTON, JESSICA**
**JONES INDIVUALLY AND ON**
**BEHALF OF P. J.,**
**EUNICE KAHLER, TANYA**
**KARAKASHEVA, KATHLEEN**
**KEEHNER, LIZA KRENGEL, ANNA**
**KURILOVA, JULIA LEON, KRISTIE**
**LETIZIA, TINA LEWIS, LAURA**
**LLEWELLYN, STACEY LOBDELL,**
**LLASMIN LOZOYA, LYANA**
**LUCIANO, KIM MARIETTA,**
**THERESA MCCORMACK**
**LESLIE MCDONALD, LISA MENDEZ,**
**JILL MOOSHAGIAN, JENNIFER**
**MORGAN, AMANDA MURPHY,**
**JESSICA NGUYEN**
**LESLIE ORR, HEATHER PASSMORE,**
**SYLVA PATE, SARA PETTY,**
**DANIELLE PHELPS, ERICA PILICY-**
**RYAN, ROBIN POSTON, NICOLE**
**QUENGA, MELINDA QUINN,**
**CHARITY REDDISH, NATALIE**
**REGISTER, JEAN RICCIO SARAH**
**RICHARDSON, HEATHER RIFE,**
**ALEXA ROEMER, FELICIA**
**SANCHEZ, AMY SHAY, FARZANA**
**SIDDIQUEI, DANIELLE SIGMON,**
**RHIANNON SINGER, JODI SOBIECH,**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**MARIA SOKOLOVA DEBRA STERLACCI, MIECHA ISYS THOMAS, VANESSA TOCCO, NOEL TALERICO, MARINA TOLIC, LESLIE TOLSTOY, ALEXANDRA URRESTI, REBEKAH VALENTINE, TANYA VALLEJO, JERRIKA VEGA, CHRISTINA VENTOR, ROBIN VOGT, TERRI WITTS, ROBIN YEAGER and MAUREEN ZAVATONE**

    **Plaintiffs,**

  **v.**

**OLAPLEX HOLDINGS, INC. AND COSWAY CO., INC.,**

    **Defendants.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

The Court, having reviewed Plaintiffs' Motion for Leave to File Sur-Reply in Opposition to Motion to Dismiss (the "Motion"), ECF ____, and good cause appearing therefrom, it is hereby

  **ORDERED** that Plaintiffs may file the Sur-Reply in Opposition to Motion to Dismiss attached as Exhibit A to the Motion.

  **IT IS SO ORDERED**.

Dated: _____, 2023   _____

           Hon. R. Gary Klausner
           United States District Court Judge