Amy E. Davis (*admitted pro hac vice*)
LAW CENTER OF AMY E. DAVIS, LLC
1021 N. Bishop Ave.
Dallas, TX 75208
Telephone: (214) 838-3501
adavis@cdfirm.com

Steve Calamusa (*admitted pro hac vice*)
Geoff S. Stahl (*admitted pro hac vice*)
Rachel Bentley (*admitted pro hac vice*)
Gordon & Partners, P.A.
4114 Northlake Blvd.
Palm Beach Gardens, FL 33410
Telephone: 561-799-5070
SCalamusa@fortheinjured.com
GStahl@fortheinjured.com
RBentley@fortheinjured.com

DAVID E. ROSEN (SBN 155385)
Email: drosen@murphyrosen.com
MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHELLE ALBAHAE,** *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **OLAPLEX HOLDINGS, INC. AND COSWAY CO., INC.,** <br><br> **Defendants.** | **CASE NO. 2:23-cv-00982-RGK-PLA** <br><br> **PLAINTIFF MICHELLE ALBAHAE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** <br><br> Action Filed: February 9, 2023 <br> Judge: Hon. R. Gary Klausner <br> Courtroom: 850 |

**PLAINTIFF MICHELLE ALBAHAE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

1

PLEASE TAKE NOTICE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), since defendants have not served an answer or a motion for summary judgment in this matter, Plaintiff Michelle Albahae, hereby voluntarily dismisses this action without prejudice, with all parties to bear their own costs, expenses, and attorneys' fees for this case.

Dated: July 24, 2023            Respectfully submitted,

LAW CENTER OF AMY E. DAVIS, LLC

By: _____
Amy E. Davis (*admitted pro hac vice*)
1021 N. Bishop Ave.
Dallas, TX 75208
adavis@cdfirm.com

GORDON & PARTNERS, P.A.

Steve Calamusa (*admitted pro hac vice*)
Geoff S. Stahl (*admitted pro hac vice*)
Rachel Bentley (*admitted pro hac vice*)
4114 Northlake Blvd.
Palm Beach Gardens, FL 33410
SCalamusa@fortheinjured.com
GStahl@fortheinjured.com
RBentley@fortheinjured.com

MURPHY ROSEN LLP

David E. Rosen (SBN 155385)
Email: drosen@murphyrosen.com
100 Wilshire Boulevard, Suite 1300
Santa Monica, California  90401-1142
Telephone:  (310) 899-3300
Facsimile:  (310) 399-7201

*Attorneys for Plaintiffs*

**PLAINTIFF MICHELLE ALBAHAE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that a true and correct copy of the forgoing document was filed with the Court and served electronically through CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on July 24, 2023.

        /s/ Rachel Bentley
        Rachel Bentley

## Attorney Attestation

In accordance with Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto, and that all signatories hereto have authorized its filing.

Dated: July 24, 2023

        /s/ Rachel Bentley
        Rachel Bentley

**PLAINTIFF MICHELLE ALBAHAE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

3